IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § | |
| and § | Civil Action No. H – 03 – 3984 |
| § | |
| CHARLES HICKMAN, § § | |
| Intervenor Plaintiff, § | |
| v. § | |
| § | |
| COMMERCIAL COATING SERVICE, INC., § § § | |
| Defendant, § | |
| and § | |
| § | |
| JOHN WRUBLEWSKI, § § | |
| Intervenor Defendant. § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for Defendant Commercial Coating Service, Inc. on Intervenor Charles Hickman's claims for intentional infliction of emotional distress; negligent hiring, supervision, and retention; assault and battery; and false imprisonment. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 31st day of May, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

2

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**